170 A.3d 307

MELISSA LYNCH, PLAINTIFF–MOVANT, v. GREGORY LYNCH, DEFENDANT–RESPONDENT.

June 29, 2017

## ORDER

It is ORDERED that the motion for leave to file a motion for counsel fees and costs as within time (M–1347) is granted; and it is further

ORDERED that the motion for counsel fees (M–1348) is granted in part, and counsel fees are awarded in the amount of $2,375.00 and costs are awarded in the amount of $67.90.

170 A.3d 307

ANTHONY BOONE, APPELLANT–PETITIONER, v. NEW JERSEY STATE PAROLE BOARD, RESPONDENT–RESPONDENT.

June 29, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004757–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.